FAIR LABOR STANDARDS ACT CONSENT FORM

Pursuant to 29 U.S.C. § 216(b), I hereby provide my authority and consent to participate as a plaintiff in the legal proceedings involving H.E. Sheikh Khalid bin Hamad bin Khalifa Al Thani, Geo Strategic Defense Solutions, LLC and KH Holding, LLC and/or any parties and/or individuals involved in the facts and underlying basis for violations of the Fair Labor Standards Act.

I appoint The Castaneda Law Firm to serve as my legal counsel in this matter.

_____   7/21/2019
Matthew Pittard                                                         _____
                                                                                          Date