E

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **MATTHEW PITTARD; MATTHEW ALLENDE**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**H.E. SHEIK KHALID BIN HAMAD BIN KHALIFA AL THANI; ET AL.**<br><br>Defendant/Respondent | Case No.:   **8:19-CV-01784-TPB-AAS**<br>Division:<br><br>AFFIDAVIT OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL** |

Received by **Rodney Samuels**, on the **27th day of August, 2019 at 12:04 PM** to be served upon **KH HOLDING, LLC c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** at **251 LITTLE FALLS DRIVE, WILMINGTON, New Castle County, DE 19808**.
On the **27th day of August, 2019 at 12:04 PM**, I, **Rodney Samuels, SERVED KH HOLDING, LLC c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** at **251 LITTLE FALLS DRIVE, WILMINGTON, New Castle County, DE 19808** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **CORPORATION SERVICE COMPANY, REGISTERED AGENT**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Who accepted service, with identity confirmed by subject stating their name, a brown-haired white female approx. 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses named Samy. She is the receptionist at the desk authorized to accept service.**

Service Fee Total: **$125.00**

I, being first duly sworn, depose and state: That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _Rodney Samuels_     Server ID # _RODN103_     Date _August 28, 2019_

Notary Public: Subscribed and sworn before me on this _28th_ day of _August_ in the year of 20_19_
Personally known to me _____ or _X_ identified by the following document: _Drivers License 1499789_
Number/Reference: _1499789_
Type: _Drivers License_
Notary Public for State of: _Delaware_
Commission Expiration: _5-18-2020_

_Notary Public (Legal Signature)_

KAREN J. THOMPSON
NOTARY PUBLIC, STATE OF DELAWARE
MY COMMISSION EXPIRES MAY 18, 2020