## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

MATTHEW PITTARD; and  
MATTHEW ALLENDE,

Plaintiffs,

v.

H.E. SHEIKH KHALID BIN HAMAD BIN KHALIFA AL THANI;  
GEO STRATEGIC DEFENSE SOLUTIONS, LLC; and  
KH HOLDING, LLC,

Defendants.

Case No.: 8:19-CV-1784-TPB-AAS

### NOTICE OF SCRIVENER'S ERROR

Plaintiffs MATTHEW PITTARD and MATTHEW ALLENDE, by and through counsel, file this Notice of Scrivener's Error and state the following:

On page one of the Complaint (Doc. 1), Plaintiffs' scrivener's error states the title "Sheik," which should instead read "Sheikh," when referring to the royal title of Defendant Khalid bin Hamad bin Khalifa Al Thani. The remainder of the Complaint correctly spells "Sheikh." The Summons correctly spells "Sheikh" (Doc. 7).

Respectfully submitted,

*/s/Rebecca L. Castaneda*  
Rebecca L. Castaneda  
Florida Bar No. 1007926  
The Castaneda Law Firm  
506 N. Armenia Avenue  
Tampa, Florida 33609-1703  
(813) 708-8864  
rc@attorneyrebeccacastaneda.com

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing has been electronically filed on October 18, 2019 with the Clerk of the Court using the CM/ECF system.

Respectfully submitted,

*/s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
The Castaneda Law Firm
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 708-8864
rc@attorneyrebeccacastaneda.com