AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Matthew Pittard and Matthew Allende<br><br>*Plaintiff(s)*<br>v.<br>Al Anabi Racing USA LLC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  8:19-CV-1784-T-60AAS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Al Anabi Racing USA LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> The Castaneda Law Firm
> 506 N. Armenia Avenue
> Tampa, Florida 33609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Nov 07, 2019

*Jennifer Bowerman*
*Signature of Clerk or Deputy Clerk*