UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW PITTARD and
MATTHEW ALLENDE,  CASE NO.:  8:19-cv-01784-TPB-AAS

    Plaintiffs,

v.

H.E. SHEIKH KHALID BIN HAMAD
BIN HKALIFA AL THANI, *et al.*

    Defendants.
_____

### DEFENDANT'S NOTICE OF APPEARANCE
### AND DESIGNATION OF E-MAIL ADDRESSES

ARMANDO ROSQUETE, ESQ. and JAVIER A. REYES, ESQ., of BELL ROSQUETE REYES ESTEBAN, PLLC, hereby enter their appearance as counsel for the Defendant, AL ANABI RACING, LLC, and respectfully request that all notices, correspondence, and pleadings, and any and all other pertinent dates pertaining to the above styled cause of action be forwarded to the undersigned pursuant to Rule 1.05 (c ), Fed.R.Civ.P., and hereby designates the following e-mail addresses for purposes of receiving all filing in this action:

    Primary:    arosquete@brresq.com
                    jreyes@brresq.com
    Alternate:  legal@brresq.com

Respectfully submitted,

BELL ROSQUETE REYES ESTEBAN, PLLC
999 Ponce De Leon Blvd., Suite 1120 PH
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Facsimile: (305) 570-1599
arosquete@brresq.com
jreyes@brresq.com


By: /s/ Armando Rosquete____
Armando Rosquete, Esq.
Florida Bar No. 648434
Javier A. Reyes, Esq.
Florida Bar No. 688487
*Attorneys/Trial Counsel for*
*Al Anabi Racing, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on all counsel or parties of record on the Service List.


By: /s/Armando Rosquete____
    Armando Rosquete, Esq.