# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MATTHEW PITTARD; and  
MATTHEW ALLENDE,

                    Plaintiffs,

  v.

H.E. SHEIKH KHALID BIN HAMAD  
BIN KHALIFA AL THANI *et al*,

                    Defendants.

Case No.: 8:19-CV-1784

## PARTIALLY OPPOSED PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiffs MATTHEW PITTARD and MATTHEW ALLENDE, by and through counsel, hereby moves this Honorable Court to extend the deadline to respond to Defendants Sheikh Khalid bin Hamad bin Khalifa Al Thani and Al Anabi Racing USA, LLC's Motions to Dismiss from January 16, 2020, to Jan 24, 2020.

In support of this Motion, Plaintiffs state as follows:

1. Defendants filed their Motions to Dismiss on the eve of January 2, 2020 (Docs. 22, 24).

2. The deadline to respond to Defendants' motions is January 16, 2020.

3. Defendants raise multiple legal arguments, and Plaintiffs seek additional time to adequately prepare responses.

1

4. Counsel for Plaintiffs has conferred with counsel for Defendants. Counsel for Al Anabi Racing USA, LLC, does not oppose this request, and consents to a five (5) business day enlargement, with a deadline of Friday, January 24, 2020. Counsel for Sheikh Khalid opposes and only consents to a three (3) business day enlargement, with a deadline of Wednesday, January 22, 2020.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant Plaintiffs' Motion for Enlargement of Time and allow Plaintiffs eight additional days to respond to Defendants' Motions to Dismiss, and to grant Plaintiffs' motion by entering the Attached Order.

Respectfully Submitted,

*/s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
The Castaneda Law Firm
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
rc@attorneyrebeccacastaneda.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been electronically filed on January 16, 2020, and sent electronically to all parties using the CM/ECF system.

Respectfully Submitted,

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
The Castaneda Law Firm
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
rc@attorneyrebeccacastaneda.com