UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW PITTARD; and           Case No.: 8:19-CV-1784
MATTHEW ALLENDE,

        Plaintiffs,
v.

H.E. SHEIKH KHALID BIN HAMAD
BIN KHALIFA AL THANI *et al*,

        Defendants.

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF COMPLAINT AS TO ALL DEFENDANTS

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i), because Defendants have neither served an Answer or Motion for Summary Judgment, Plaintiffs MATTHEW PITTARD and MATTHEW ALLENDE, by and through counsel, voluntarily dismiss without prejudice their Amended Complaint, each side to bear its own fees and costs.

In support of this Notice, Plaintiffs state as follows:

Rule 41(a)(1)(A)(i) provides:

  (a) Voluntary Dismissal (1) By the Plaintiff

  (A) Without a Court Order. Subject to [certain Rules and statutes inapplicable here], the plaintiff may dismiss an action without a court order by filing:

> (i) a notice of dismissal before the opposing party serves an answer or a motion for summary judgment . . . .

The Defendants have not filed answers or motions for summary judgment.

Dated this 23rd day of January 2020.

Respectfully Submitted,

*/s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
The Castaneda Law Firm
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
rc@attorneyrebeccacastaneda.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been electronically filed on January 23, 2020, and sent electronically to all parties using the CM/ECF system.

Respectfully Submitted,

*/s/Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
The Castaneda Law Firm
506 N. Armenia Avenue
Tampa, Florida 33609-1703
(813) 694-7780
rc@attorneyrebeccacastaneda.com
